# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DAWN ELDER,

                  Plaintiff,

       v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security
Administration,

                Defendant.

Case No. CV 16-00973-R (JEM)

ORDER ACCEPTING FINDINGS AND
RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE

       Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Plaintiff has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Plaintiff has objected.  The Court accepts the findings and recommendations of the Magistrate Judge.

       **IT IS HEREBY ORDERED** that Judgment shall be entered AFFIRMING the Commissioner's decision to deny Social Security Supplemental Security Income benefits to Plaintiff and DISMISSING this action with prejudice.

DATED: January 9, 2017

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE